UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>    LAUREN B. RUE,<br>        Debtor<br><br>LAUREN B. RUE,<br>    Plaintiff<br><br>v.<br><br>RESI WHOLE LOAN, IV, LLC,<br>and AMERICAN HOME<br>MORTGAGE SERVICING, INC,<br>    Defendants | CHAPTER 13<br>DOCKET NUMBER: 11-41062 MSH<br><br><br><br>ADVERSARY PROCEEDING<br>DOCKET NUMBER: 12-04061 MSH |

## REPORT OF SETTLEMENT

NOW COMES the Debtor/Plaintiff, Lauren B. Rue, through her respective counsel, and respectfully submits the within Report of Settlement. In support the Debtor states that:

1. The Court issued an Order to Show Cause on November 20, 2014, for the parties to file a response as to why this Adversary Proceeding should not be dismissed in light of the dismissal of the underlying Chapter 13 case, Docket #11-41062 MSH (Docket #56), or in the alternative, a Motion to Approve Compromise and Settlement Agreement.

2. The Court allowed an extension of time to file the Response to the Order to Show Cause to December 26, 2014.

3. The parties have reached a settlement agreement and request thirty (30) days to file a Stipulation of Dismissal.

4. The underlying Chapter 13 proceeding has been dismissed, but the Debtor's counsel has informed the Chapter 13 Trustee concerning the amount of the proposed settlement.

1

WHEREFORE, the parties respectfully request that this Honorable Court:

a. accept the within Report of Settlement and delay all deadlines for thirty (30) days to permit the parties to obtain client approval of the Settlement Agreement; and
b. order any other remedy this Court deems mete and just.

          Respectfully submitted,
          Lauren B. Rue,
          By her attorney,

Dated: December 23, 2014

/s/ Laurel E. Bretta
Laurel E. Bretta, Attorney
Bretta & Grimaldi, P.A.
77 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-0090
BBO #547358

## CERTIFICATE OF SERVICE

I, Laurel E. Bretta, attorney for the Debtor/Plaintiff, Lauren B. Rue, hereby certify that a true copy of the foregoing Report of Settlement was served on December 23, 2014 to the following:

by electronic mail to:

| | |
|---|---|
| Justin M. Fabella, Esquire | jfabella@hinshawlaw.com |
| | Mtervo@hinshawlaw.com |
| Garrett David Lee, Esquire | glee@hinshawlaw.com; mtervo@hinshawlaw.com |
| | dguerrero@hinshawlaw.com |
| | dtranen@hinshawlaw.com |
| Maura K. McKelvey, Attorney | mmckelvey@hinshawlaw.com |
| | Mambers@hinshawlaw.com; |
| | glee@hinshawlaw.com |
| Hale Yazicioglu, Esquire | hyazicioglu@hinshawlaw.com |
| | mcenteio@hinshawlaw.com |

by first class mail, postage prepaid to:

Denise M. Pappalardo, Attorney
Chapter 13 Trustee
P.O. Box 16607
Worcester, Massachusetts 01601

Ms. Lauren B. Rue
321 Lancaster Avenue
Lunenburg, Massachusetts 01462


Dated: December 23, 2014

/s/ Laurel E. Bretta
Laurel E. Bretta, Attorney
Bretta & Grimaldi, P.A.
77 Mystic Avenue
Medford, Massachusetts 02155
(781) 395-0090
BBO #547358

S:\SI\R\RUE\CLIENT - Ch 13\ADVERSARY\MOTIONS\report of settlement 12-23-14.wpd