UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: Lauren B. Rue<br><br>Debtor<br>――――――――――――――――――<br>LAUREN B. RUE,<br><br>Plaintiff<br>v.<br><br>RESI WHOLE LOAN, IV, LLC, and AMERICAN HOME MORTGAGE SERVICING, INC,<br><br>Defendants | CHAPTER 13<br>CASE NO. 11-41062 MSH<br><br><br><br>ADVERSARY PROCEEDING<br>NO. 12-04061 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii) as made applicable by Fed. R. Bankr. P. 7041, the parties hereby stipulate and agree that all claims in the above-entitled action are hereby dismissed with prejudice and without costs. All rights of appeal are hereby waived.

| LAUREN B. RUE, | RESI WHOLE LOAN, IV, LLC, and<br>HOMEWARD RESIDENTIAL, INC. f/k/a<br>AMERICAN HOME MORTGAGE<br>SERVICING, INC. |
|---|---|
| By Her Attorneys, | By Their Attorneys, |
| /s/ Laurel E. Bretta<br>Laurel E. Bretta, BBO # 547358<br>Bretta & Grimaldi, P.A.<br>77 Mystic Avenue<br>Medford, MA 02155<br>781-395-0090<br>Email: bglaw@lbretta.com | /s/ Hale Yazicioglu<br>Maura K. McKelvey, BBO #600760<br>Justin M. Fabella, BBO #654859<br>Hale Yazicioglu, BBO #679480<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>Tel: 617-213-7000 / Fax: 617-213-7001<br>Email: mmckelvey@hinshawlaw.com<br>jfabella@hinshawlaw.com<br>hyazicioglu@hinshawlaw.com |
| Date: March 9, 2015 | Dated: March 9, 2015 |

34475558v1 0936547

CERTIFICATE OF SERVICE

    I, Laurel E. Bretta, attorney for the Debtor/Plaintiff, Lauren B. Rue, hereby certify that a true copy of the foregoing Stipulation of Dismissal was served on March 9, 2015 to the following:

by electronic mail to:

| | |
|---|---|
| Justin M. Fabella, Esquire | jfabella@hinshawlaw.com |
| | Mtervo@hinshawlaw.com |
| Garrett David Lee, Esquire | glee@hinshawlaw.com; mtervo@hinshawlaw.com |
| | dguerrero@hinshawlaw.com |
| | dtranen@hinshawlaw.com |
| Maura K. McKelvey, Attorney | mmckelvey@hinshawlaw.com |
| | Mambers@hinshawlaw.com; |
| | glee@hinshawlaw.com |
| Hale Yazicioglu, Esquire | hyazicioglu@hinshawlaw.com |
| | mcenteio@hinshawlaw.com |

by first class mail, postage prepaid to:

        Denise M. Pappalardo, Attorney
        Chapter 13 Trustee
        P.O. Box 16607
        Worcester, Massachusetts 01601

        Ms. Lauren B. Rue
        321 Lancaster Avenue
        Lunenburg, Massachusetts 01462

        Respectfully submitted,
        Lauren B. Rue,
        By her attorney,

Dated: March 9, 2015

        /s/ Laurel E. Bretta
        Laurel E. Bretta, Attorney
        Bretta & Grimaldi, P.A.
        77 Mystic Avenue
        Medford, Massachusetts 02155
        Email: bglaw@lbretta.com
        (781) 395-0090
        BBO #547358